

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-18-00159-CR

DEMETRIUS TROYILL SMITH, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 6th District Court
Lamar County, Texas
Trial Court No. 27572

Before Morriss, C.J., Moseley and Burgess, JJ.

ORDER

Court reporter Terry Spangler recorded the trial court proceedings in appellate cause number 06-18-00159-CR, styled *Demetrius Troyill Smith v. The State of Texas*, trial court cause number 27572 in the 6th Judicial District Court of Lamar County, Texas. The reporter's record was originally due October 30, 2018. The record has not been filed. Spangler has not requested an extension of the filing deadline, even after receiving email correspondence from this Court inquiring about the status of the record.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The Rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure that the record in this case is filed in a reasonable amount of time.

Therefore, we order Spangler to file the reporter's record in cause number 06-18-00159-CR, styled *Demetrius Troyill Smith v. State of Texas*, trial court cause number 27572 in the 6th Judicial District Court of Lamar County, Texas, to be received no later than November 29, 2018.

If the reporter's record is not received by November 29, we warn Spangler that we may begin contempt proceedings and order her to show cause why she should not be held in contempt of this Court for failing to obey its order.

IT IS SO ORDERED.

BY THE COURT

Date: November 8, 2018